OLLIE DEATON V. THE STATE.

No. 19608. Delivered April 6, 1938.
Appeal reinstated May 18, 1938.

' The opinion states the case.

*J. M. Davenport,* of San Angelo, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

KRUEGER, JUDGE.—Conviction is for violation of the liquor law by having liquor on the premises when the license only allowed the sale of beer. Punishment is assessed at a fine of $150.

The record fails to show that notice of appeal was given and entered upon the minutes of the trial court. In the absence of such a showing, this Court is without jurisdiction to hear and determine matters sought to be presented for review. See Long v. State, 3 Texas Crim. Rep. 321; Lenox v. State, 55 Texas Crim. Rep. 259; Roberts v. State, 99 Texas Crim. Rep. 492; Article 827, C. C. P.

The attempted appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### ON MOTION TO REINSTATE APPEAL.

MORROW, PRESIDING JUDGE.—The appeal was dismissed at a former day because of the absence of a notice of appeal in the transcript. The record having been corrected by the filing of a certified copy of such notice, the appeal will now be reinstated.

The record is before this Court without statement of facts or bills of exception.

Appellant filed some exceptions to the charge of the court but presented no special charges relative thereto as is required in misdemeanor cases. In the absence of the statement of facts, this Court is unable to appraise the complaints made of the charge of the trial court.

The appeal is reinstated and the judgment is affirmed.